■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SANFORD D. PLUMMER, Respondent.—Order unanimously reversed and motion denied. Memorandum: At the time defendant allegedly swung a weighted club at one of the arresting officers, that officer could have legitimately seized the weapon as evidence of the crime (see *Coolidge v New Hampshire,* 403 US 443). The mere fact that defendant in the officer's presence subsequently placed the club back in the cab of his parked tractor-trailer did not require the officer to obtain a search warrant before seizing the club. The "weapon" was clearly within the plain view of the officer and the grant of the order of suppression was improper. (Appeal from order of Orleans County Court— motion to suppress.) Present—Marsh, P. J., Moule, Cardamone, Dillon and Goldman, JJ.

■ OLD FORGE CONSTRUCTION Co., INC., Respondent, v CITY OF SYRACUSE, Appellant.—Order and judgment unanimously affirmed, with costs, for the reasons stated at Onondaga Supreme Court, Trial Term, Aronson, J. (Appeal from order and judgment of Onondaga Supreme Court—contract.) Present—Marsh, P. J., Moule, Cardamone, Dillon and Goldman, JJ.